# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PAINTERS DISTRICT COUNCIL NO. 16, CARPET,
LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO.
12

**SUMMONS IN A CIVIL CASE**

V.

NEW BEGINNINGS FLOORS

CASE NUMBER:

CV 07 6334 MMC

TO: (Name and address of defendant)
NEW BEGINNINGS FLOORS
655 Wildrose Way
Brentwood, CA 94513

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Rosenfeld, Bar No. 58163
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 13 2007

Richard W. Wieking                          DATE
CLERK

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCAO440