| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| David A. Rosenfeld<br>WEINBERG, ROGER, & ROSENFELD<br>1001 Marina Village Parkway<br>Alameda, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>PAID16- 117798 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Painters District Council No. 16, Carpeyt, Linoleu

DEFENDANT:

New Beginnings Floors

| PROOF OF SERVICE | DATE:<br>March 28, 2008 | TIME:<br>9:30 am | DEPT/DIV:<br>7 | CASE NUMBER:<br>CV 07 6334 MMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Petition to Compel Arbitration, Summons, Order Setting Initial Case Manahgement Conference and ADR Deadlines, ECF Registration Information, Court Information and Notice of Availability of Magistrate Judge

2. Party Served: New Beginnings Floors

3. Person Served: Terry Majors, Owner - Person authorized to accept service of process

4. Date & Time of Delivery: December 24, 2007    7:30 am

5. Address, City and State: 655 Wildrose Way
Brentwood, CA 94513

6. Manner of Service: Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 75.00

Registered California process server.
County: ALAMEDA
Registration No.:822

Clarence Randolph
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 26, 2007 at Oakland, California.

Signature: _____
Clarence Randolph

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PAINTERS DISTRICT COUNCIL NO. 16, CARPET,
LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO.
12

V.

NEW BEGINNINGS FLOORS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07 6334 MMC

TO: (Name and address of defendant)
NEW BEGINNINGS FLOORS
655 Wildrose Way
Brentwood, CA 94513

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Rosenfeld, Bar No. 58163
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 3 2007

Richard W. Wieking                    DATE
CLERK

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCAO440