DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Facsimile:  510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAINTERS DISTRICT COUNCIL NO. 16, CARPET, LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12,

    Plaintiffs,

v.

NEW BEGINNINGS FLOORS,

    Defendant.

No.   CV 07-06334 MMC

**REQUEST FOR ENTRY OF DEFAULT**

TO:   THE CLERK OF THE COURT:

Plaintiffs request that the default of the Defendant New Beginnings Floors, be entered. Defendant has not filed an answer or otherwise responded to the Petition to Compel Arbitration which was served on December 24, 2007. A true and correct copy of the Proof of Service has been filed with this Court.

Dated: January 28, 2008

                                    WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

                                By:   /s/ David A. Rosenfeld
                                      David A. Rosenfeld
                                      Attorneys for Plaintiffs

117798/481971

# PROOF OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On January 28, 2008, I served upon the following parties in this action:

> New Beginnings Floors
> Terry Majors, Owner
> 655 Wildrose Way
> Brentwood, CA 94513

copies of the document(s) described as:

**REQUEST FOR ENTRY OF DEFAULT**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 28, 2008.

Katrina Shaw

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

- 2 -

Request for Entry of Default

Case No. CV 07-06334 MMC