**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 29, 2008

RE:  CV 07-06334 MMC        PAINTERS DISTRICT COUNCIL-v- NEW BEGINNINGS FLOORS

Default is entered as to defendant New Beginners Floors on 01/29/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

*[signature]*

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89