DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 16, CARPET, LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12,<br><br>Plaintiffs,<br><br>v.<br><br>NEW BEGINNINGS FLOORS,<br><br>Defendant. | No.    CV 07-06334 MMC<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         March 28, 2008<br>Time:        10:30 am<br>Judge:<br>Courtroom:  7 |

    This is a Petition to Compel Arbitration of a labor dispute. The employer failed to answer the request for arbitration and the Petition was filed. The employer did not respond and the default of the employer has been entered. There had been further efforts to resolve this but the employer has claimed that it is out of business. The Union intends to proceed and we expect to have a Motion for Entry of Judgment Compelling Arbitration on file by April 4.

Dated:  March 24, 2008          WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation

                                        By:   /s/ David A. Rosenfeld
                                            DAVID A. ROSENFELD
                                            Attorneys for Plaintiffs

## PROOF OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 24, 2008, I served upon the following parties in this action:

New Beginning Floors
Terry Majors, Owner
655 Wildrose Way
Brentwood, CA 94513

copies of the document(s) described as:

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on March 24, 2008.

_Katrina Shaw_

117798/488136