IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 16, et al,<br><br>    Plaintiffs,<br><br>  v.<br><br>NEW BEGINNINGS FLOORS,<br><br>    Defendant<br>_____/ | No. C-07-6334 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR ENTRY OF JUDGMENT COMPELLING ARBITRATION** |

      Before the Court is plaintiffs' Case Management Conference Statement, filed March 24, 2008.

      Because defendant's default has been entered, and plaintiff has stated its intent to file a dispositive motion by April 4, 2008, the Court hereby CONTINUES the Case Management Conference from March 28, 2008 to May 30, 2008.

      Plaintiff is hereby DIRECTED to file its Motion for Entry of Judgment Compelling Arbitration no later than April 4, 2008, to be noticed for hearing 35 days thereafter.

      **IT IS SO ORDERED.**

Dated: March 25, 2008

_____
MAXINE M. CHESNEY
United States District Judge