1 | DAVID A. ROSENFELD, Bar No. 058163
2 | CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    | WEINBERG, ROGER & ROSENFELD
3 | A Professional Corporation
    | 1001 Marina Village Parkway, Suite 200
    | Alameda, California 94501-1091
4 | Telephone 510.337.1001
    | Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 16, CARPET, LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12, | No.   CV 07-06334 MMC |
| Plaintiff/Petitioner, | **DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST NEW BEGINNINGS FLOORS** |
| v. | |
| NEW BEGINNINGS FLOORS, | Date:   May 2, 2008 |
| Defendant/Respondent. | Time:   9:00 a.m.
Judge:  Maxine M. Chesney
Courtroom: 7, 19th Floor |

DAVID A. ROSENFELD, under penalty of perjury, states as follows:

1. I am an attorney of law and represent the Petitioner in this matter.

2. Plaintiffs served Defendant with the Complaint on December 24, 2007. Plaintiffs filed the Proof of Service Summons with the Court on January 28, 2008. Defendant failed to answer. Default was entered against Defendant on January 29, 2008.

3. The following work was performed on this case by Plaintiffs' attorneys at the billable rate of $300.00 per hour:

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 12/1/07 | DAR | Draft Petition to Compel Arbitration, civil cover | 2.0 | $300 | $600.00 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Declaration of David Rosenfeld in Support of Plaintiffs' Motion for Default Judgment
(Case No. CV 07-06334 (MMC))

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | sheet and summons, organize Exhibits. | | | |
| 12/7/07 | DAR | Final revisions to Petition to Compel Arbitration. | 0.5 | $300 | $150.00 |
| 12/19/07 | DAR | Arrange for service of court documents on opposing party. | 0.5 | $300 | $150.00 |
| 12/26/07 | DAR | Correspondence to client regarding status and service. | 0.5 | $300 | $150.00 |
| 1/7/07 | DAR | Discussion with Tony Tofani regarding nature of grievance, Attempt to return phone call to New Beginnings, correspondence to New Beginnings regarding Petition to Compel. | 1.0 | $300 | $300.00 |
| 1/25/07 | DAR | Phone discussion with client regarding status, preparation and filing of request for Entry of Default. | 0.75 | $300 | $225.00 |
| 2/5/08 | DAR | Review order granting entry of default; correspondence to employer regarding same. | 0.5 | $300 | $150.00 |
| 2/21/08 | DAR | Initial preparation of Motion for Entry of Default and request for Attorney's fees. | 2.0 | $300 | $600.00 |
| 2/28/08 | DAR | Revisions to Motion for Entry of Default, Declaration of Tony Tofani and Declaration of David Rosenfeld in support of attorney's fees request. | 1.0 | $300 | $300.00 |
| 3/3/08 | DAR | Telephone call(s) to Patrick Thompson. | 0.25 | $300 | $75.00 |
| 3/18/08 | DAR | Finalize Motion for Default Judgment and related papers prior to filing; Revisions to Memorandum of Points and Authorities and Declarations; Draft Proposed Order. | 2.0 | $300 | $600.00 |
| | | **CASE TOTAL:** | 11.0 | | $3,300.00 |

4. I, David A. Rosenfeld (DAR) have been admitted to practice since 1973. I am a senior named partner in the law firm of Weinberg, Roger & Rosenfeld. I have argued 150 cases in various appellate courts including the United States Supreme Court, California Supreme Court and the Ninth Circuit. Many of these cases involved issues of arbitrability. Additionally, for the last four years I have taught various seminars and classes at The University of California Berkeley Boalt Hall

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Declaration of David Rosenfeld in Support of Plaintiffs' Motion for Default Judgment
(Case No. CV 07-06334 (MMC))

1  School of Law, which deal with these and other issues.  Our office billed our

2  client at the hourly rate of $300.00 for my time, which is substantially less than

3  the market rate that I would charge.

4  5. The following work was performed on this case by this law firm's paralegal

5  department.

| Date | Timekeeper | Description | Hours | Rate | Fee |
|------|------------|-------------|-------|------|-----|
| 1/25/08 | ERN | Review of applicable rules to determine due dates triggered by Complaint filed and Order scheduling Initial Case Management Conference. | 0.5 | $95 | $47.50 |
| | | **CASE TOTAL:** | **0.5** | | **$47.50** |

6. Eleanor Natwick (ERN) is a paralegal in our office.  Ms. Natwick holds a Bachelor of Arts in English from Western Michigan University and a teaching credential.  Prior to joining the Law Firm, Ms. Natwick worked as a teacher.  Ms. Natwick has been with the Law Firm for twenty-six years and has worked as a Litigation Case Clerk since March 1, 2003.  Ms. Natwick took a number of paralegal courses prior to becoming a Litigation Case Clerk and earned her paralegal certificate from the University of California at Berkeley in June 2006.  On January 15, 2007, Ms. Natwick was promoted to the position of paralegal at the Law Firm.  Ms. Natwick's hourly billable rate on cases such as this one is $95.00.

7. Based on the foregoing the total amount of attorneys' fees billed is $3,347.50.  Our client has been billed for all work described above in the amount indicated.  The unbilled work associated with Plaintiffs' Amended Motion for Default Judgment is estimated at approximately $900.00.  The estimated total attorneys' fees is $4,247.50.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

8. The following costs have been incurred by Plaintiffs' attorneys:

| | |
|---|---|
| Filing fee of U.S. District Court - San Francisco for Petition | $385.00 |
| Service of documents on New Beginnings Floors in Brentwood, CA ( Petition to Compel Arbitration, Order setting initial Case Management Conference ) | $75.00 |

9. Based on the foregoing, the total amount of costs incurred to date is $460.00. Our client has been billed for the costs described above in the amount indicated. Our client will be billed for courier service for filing Plaintiffs' Motion for Default Judgment and related papers.

10. If called as a witness I can confidently testify to the above facts since they are within my personal knowledge. I declare under penalty of perjury.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March 2008

_____/s/_____
DAVID A. ROSENFELD

117798/484582

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

Declaration of David Rosenfeld in Support of Plaintiffs' Motion for Default Judgment
(Case No. CV 07-06334 (MMC))

# PROOF OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 25, 2008, I served upon the following parties in this action:

> New Beginning Floors
> Terry Majors, Owner
> 655 Wildrose Way
> Brentwood, CA  94513

copies of the document(s) described as:

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST NEW BEGINNINGS FLOORS**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on March 25, 2008.

/s/_____
Karen Scott

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001