# ARTICLE 36
# DURATION OF AGREEMENT

This Agreement shall be in full force and effective from July 1, 2005 through June 30, 2008 and shall continue thereafter from year to year unless either party serves written notice upon the other at least sixty (60) days prior to July 1 of any subsequent year of its desire to amend, modify or terminate this Agreement.

## WE HEREBY AGREE TO THE TERMS AND CONDITIONS STATED HEREIN:

**District Council #16**

Print Name: Curtis Day

Sign Name: [signature]

Date: 5/01/06

Company: New Bubbling Floors

Print Name: Patrick N Thompson

Sign Name: [signature]

Date: 5/01/06

- 55 -

EXHIBIT 2