DAVID A. ROSENFELD, Bar No. 058163
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 16, CARPET, LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12,<br><br>~~Plaintiff~~/Petitioner,<br><br>v.<br><br>NEW BEGINNINGS FLOORS,<br><br>~~Defendant~~/Respondent.<br>_____ | No.    CV 07-06334 MMC<br><br>**[~~PROPOSED~~]** DEFAULT JUDGMENT<br><br>~~Date:    May 2, 2008~~<br>~~Time:    9:00 a.m.~~<br>Judge: Maxine M. Chesney<br>Courtroom: 7, 19th Floor |

This matter came ~~on for hearing~~ before the Court for entry of Judgment by Default against ~~Defendant~~ respondent NEW BEGINNINGS FLOORS, ~~on May 2, 2008~~. ~~Plaintiffs~~ Petitioner PAINTERS DISTRICT COUNCIL NO. 16, CARPET, LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12 ~~were~~ is represented by Concepción E. Lozano-Batista of Weinberg, Roger & Rosenfeld; ~~Defendants [were represented by~~ respondent has ~~have~~ _____/made no appearance~~]~~. Having considered the pleadings and arguments in this matter, and good cause appearing, this Court **FINDS AS FOLLOWS**:

1.    The Petition in this matter was filed with this Court on December 13, 2007.

2.    ~~Defendan~~t Respondent was duly served with process in this matter on December 24, 2007;

3.    That no answer or other responsive pleadings having been filed within the time permitted by law, default was entered against ~~the Defendants~~ respondent on January 29, 2008;

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[~~PROPOSED~~] DEFAULT JUDGMENT (Case No. CV 07-06334 (MMC))

1.     4.    The Court finds the allegations in the Complaint on file herein are true including the fact that respondent is bound to a written Collective Bargaining Agreement with petitioner, a labor organization within the meaning of LMRA §301, 29 U.S.C. §152. By virtue of becoming bound to the Collective Bargaining Agreement, respondent is subject to all the terms and conditions referred to in the Complaint; and

2.     5.    That respondent has failed, neglected or refused to respond to the grievance presented by petitioner on June 19, 2007 as requested by petitioner pursuant to said Collective Bargaining Agreement.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be entered in favor of petitioner and against respondent as follows:

1. The Court issues an injunction directing respondent New Beginnings Floors to final and binding arbitration pursuant to Article 23 of the Collective Bargaining Agreement between the parties based on the grievance presented by petitioner on June 19, 2007 over respondent's alleged failure to pay one of its employees properly. (see Ex. A to Petition);

2. Respondent is ordered to pay petitioner's attorneys' fees in the amount of: $3,347.50;

3. Respondent is ordered to pay petitioner's costs in the amount of: $460.00; and

4. This Court finds it unnecesary to retain jurisdiction of this matter to enforce the Order directing respondent New Beginnings Floors to final and binding arbitration; in the event respondent does not appear at a properly noticed arbitration, the arbitration may proceed without respondent's participation.

DATED: April 17, 2008

_____
HONORABLE MAXINE M. CHESNEY
JUDGE OF THE DISTRICT COURT

117798/488203

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

[PROPOSED] DEFAULT JUDGMENT (Case No. CV 07-06334 (MMC))