1  DAVID A. ROSENFELD, Bar No. 058163
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Plaintiff/Petitioner
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  PAINTERS DISTRICT COUNCIL NO. 16,      ) No.    CV 07-06334 MMC
    CARPET, LINOLEUM & SOFT TILE           )
12  WORKERS LOCAL UNION NO. 12,            ) **NOTICE OF ENTRY OF JUDGMENT**
                                           )
13              Plaintiff/Petitioner,      )
                                           )
14        v.                               )
                                           )
15  NEW BEGINNINGS FLOORS,                 )
                                           )
16              Defendant/Respondent.      )
                                           )
17                                         )
                                           )
18  _____       )

19        NOTICE IS HEREBY GIVEN that Judgment by this Court was entered in the above-

20  entitled matter on April 17, 2008, against New Beginnings Floors.  A copy of said Judgment is

21  attached hereto as Exhibit "A".

22

23  Dated: April 23, 2008

                              WEINBERG, ROGER & ROSENFELD
24                            A Professional Corporation

25
                              By:        /s/
26                                 CONCEPCIÓN E. LOZANO-BATISTA
                                   Attorneys for Petitioners
27
    117798/491341
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

**PROOF OF SERVICE**

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On April 23, 2008, I served upon the following parties in this action:

New Beginning Floors
Terry Majors, Owner
655 Wildrose Way
Brentwood, CA 94513

copies of the document(s) described as:

**NOTICE OF ENTRY OF JUDGMENT**

**[X]**    **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**    **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]**    **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**    **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on April 23, 2008.

/s/_____
Karen Scott

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001