**ELECTRONIC**

APR 1 7 2008

FILING

1  DAVID A. ROSENFELD, Bar No. 058163
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  PAINTERS DISTRICT COUNCIL NO. 16,        ) No.   CV 07-06334 MMC
    CARPET, LINOLEUM & SOFT TILE             )
12  WORKERS LOCAL UNION NO. 12,              )
                                             ) [PROPOSED] DEFAULT JUDGMENT
13            ~~Plaintiff~~/Petitioner,       )
                                             )
14       v.                                  )
                                             ) ~~Date:  May 2, 2008~~
15  NEW BEGINNINGS FLOORS,                   ) ~~Time:  9:00 a.m.~~
                                             ) Judge: Maxine M. Chesney
16            ~~Defendant~~/Respondent.       ) Courtroom: 7, 19th Floor
                                             )
17  _____)

                      before the Court                              respondent
18  This matter came ~~on for hearing~~ for entry of Judgment by Default against ~~Defendant~~ NEW
                                       Petitioner
19  BEGINNINGS FLOORS, ~~on May 2, 2008~~. ~~Plaintiffs~~ PAINTERS DISTRICT COUNCIL NO. 16,
                                                                                 is
20  CARPET, LINOLEUM & SOFT TILE WORKERS LOCAL UNION NO. 12 ~~were~~ represented by
                                                                       respondent has
21  Concepción E. Lozano-Batista of Weinberg, Roger & Rosenfeld; ~~Defendants [were represented by~~
                              have
22  _____ /made no appearance~~]~~. Having considered the pleadings and
23
    arguments in this matter, and good cause appearing, this Court **FINDS AS FOLLOWS**:
24
       1.   The Petition in this matter was filed with this Court on December 13, 2007.
25          Respondent
       2.   ~~Defendant~~ was duly served with process in this matter on December 24, 2007;
26
       3.   That no answer or other responsive pleadings having been filed within the time
27                                            respondent
    permitted by law, default was entered against ~~the Defendants~~ on January 29, 2008;
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] DEFAULT JUDGMENT (Case No. CV 07-06334 (MMC))

EXHIBIT A

1.     4.    The Court finds the allegations in the Complaint on file herein are true including the fact that ~~Defendants have been~~ <ins>respondent is</ins> bound to a written Collective Bargaining Agreement with ~~Plaintiffs~~ <ins>petitioner</ins>, a labor organization within the meaning of LMRA §301, 29 U.S.C. §152. By virtue of becoming bound to the Collective Bargaining Agreement, ~~Defendant became~~ <ins>respondent is</ins> subject to all the terms and conditions referred to in the Complaint; and

2.     5.    That ~~Defendant~~ <ins>respondent</ins> has failed, neglected or refused to submit to respond to the grievance ~~filed by Plaintiffs~~ <ins>presented by petitioner</ins> on June 19, 2007 as requested by ~~Plaintiffs~~ <ins>petitioner</ins> pursuant to said Collective Bargaining Agreement.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be entered in favor of ~~Plaintiffs~~ <ins>petitioner</ins> and against ~~Defendants~~ <ins>respondent</ins> as follows:

1. The Court issues an injunction directing ~~Defendant~~ <ins>respondent</ins> New Beginnings Floors to final and binding arbitration pursuant to Article 23 of the Collective Bargaining Agreement between the parties based on the grievance ~~filed by Plaintiffs~~ <ins>presented by petitioner</ins> on June 19, 2007 over ~~Defendant's~~ <ins>respondent's alleged</ins> failure to pay ~~employees properly;~~ one of its employees properly. (see Ex. A to Petition);

2. ~~Defendant~~ <ins>Respondent</ins> is ordered to pay ~~Plaintiffs'~~ <ins>petitioner's</ins> attorneys' fees in the amount of: ~~$4,247.50~~ $3,347.50

3. ~~Defendant~~ <ins>Respondent</ins> is ordered to pay ~~Plaintiffs'~~ <ins>petitioner's</ins> costs in the amount of: $460.00; and

4. This Court ~~shall~~ <ins>finds it unnecesary to</ins> retain jurisdiction of this matter to enforce the Order directing ~~Defendant~~ <ins>respondent</ins> New Beginnings Floors to final and binding arbitration; in the event respondent does not appear at a properly noticed arbitration, the arbitration may proceed without respondent's participation.

DATED: April 17, 2008

_____
HONORABLE MAXINE M. CHESNEY
JUDGE OF THE DISTRICT COURT

117798/488203

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001